BEFORE THE FIRST DIVISION, MAY 3, 1944

No. 49389.—Petition 6411–R of Simon, Healey & Goldstein, Inc. (New York).

Opinion by OLIVER, P. J. From a consideration of the record and the testimony of the president of the petitioning company and the examiner of customs, the court was satisfied that the entry was made without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.